

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00176-CR

---

Cameron Pouncy, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the County Court
Andrews County, Texas
Trial Court No. 24-0055

---

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED this 20th day of November 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.